UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christel L. Williams<br>Nathan R Williams<br>                             Debtors | BK. NO. 11-71099 JAD |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE1, its successors and/or assigns<br>                             Movant<br>                 v.<br>Christel L. Williams<br>Nathan R Williams<br>                             Respondent<br>                 and<br>Ronda J. Winnecour, Trustee<br>                             Additional Respondent | CHAPTER 13<br><br>Related to Docket # __69__ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 11th day of Jy), 2016, at Pittsburgh, upon Motion of WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE1, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 523 Beech Avenue, Patton, PA 16668 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge
**Jeffery A. Deller**

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

FILED
7/11/16 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nathan R. Williams
Christel L. Williams
    Debtors

Case No. 11-71099-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: lkat     Page 1 of 1     Date Rcvd: Jul 11, 2016
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
db/jdb         +Nathan R. Williams,    Christel L. Williams,    523 Beech Avenue,    Patton, PA 16668-1309
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2016 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Andrew F Gornall    on behalf of Creditor    WELLS FARGO BANK, N.A., Et Al...
        agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Jay B. Jones    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Paul W. McElrath, Jr.    on behalf of Joint Debtor Christel L. Williams ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
       Paul W. McElrath, Jr.    on behalf of Debtor Nathan R. Williams ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                 TOTAL: 7