**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Nathan R. Williams** : | Case No. 11−71099−JAD |
| **Christel L. Williams** : | Chapter: 13 |
| *Debtor(s)* : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **27th day of July, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-71099-JAD
Nathan R. Williams                                                    Chapter 13
Christel L. Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: lmar        Page 1 of 3        Date Rcvd: Jul 27, 2016
                            Form ID: 309      Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db/jdb         +Nathan R. Williams,    Christel L. Williams,    523 Beech Avenue,    Patton, PA 16668-1309
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
13218771        ACMH Hospital,    P.O. Box 819,    Kittanning, PA 16201-0819
13222174       +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13206850       +Acs/Student Ln Corp,    501 Bleecker St,    Utica, NY 13501-2401
13206851       +Aes/Keystone Best,    1200 N 7th St,    Harrisburg, PA 17102-1419
13218773       +Aes/Keystone Best,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13206852       +Aes/Pheaa,    1200 N 7th St,    Harrisburg, PA 17102-1419
13218774       +Aes/Pheaa,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13218775       +Aes/Us National Bank,    Po Box 2461,    Harrisburg, PA 17105-2461
13206853       +Aes/Us National Bank T,    Po Box 2461,    Harrisburg, PA 17105-2461
13218777        Altoona Hospital,    620 Howard Avenue,    Altoona, PA 16601-4899
13206855        Ameriserv Financial,    Main Street,    Carrolltown, PA 15722
13218781       +Bishop Carrol High School,    728 Ben Franklin Highway,    Ebensburg, PA 15931-1571
13268526       +Bishop Carroll Catholic High School,    728 Ben Franklin Highway,    Ebensburg, PA 15931-1571
13206860       +Central Credit Audit,    100 N 3rd St,    Sunbury, PA 17801-2367
13218784       +Central Credit Audit,    100 North 3rd Street,    Sunbury, PA 17801-2367
13218786        Conemaugh Memorial Medical Center,    1086 Franklin Street,    Johnstown, PA 15905-4398
13218787       +Conemaugh Miners Medical Center,    290 Haida Avenue,    Hastings, PA 16646-5610
13218791        DJ Ortho,    PO BOX 515471,    Los Angeles, CA 90051-6771
13273247        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13206866       +First Comm Bank,    1200 N 7th St,    Harrisburg, PA 17102-1419
13218792       +First Commonwealth Bank,    1200 North 7th Street,    Harrisburg, PA 17102-1419
13206867       +First Credit Resources,    1466 Frankstown Rd,    Johnstown, PA 15902-1315
13206869       +Gtwy/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13218798       +Indiana Regional Medical Center,    835 Hospital Road,    P.O. Box 788,    Indiana, PA 15701-0788
13218801       +Midland Credit Management,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13206874       +Midland Credit Mgmt In,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13218803       +Miners Hospital Emergency Physicians,     P.O. Box 644560,    Pittsburgh, PA 15264-8500
13218804        Miners Medical Center,    PO Box 689,    Hastings, PA 16646-0689
13206877       +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
13206879       +Novastar Financial,    8140 Ward Pkwy Ste 300,    Kansas City, MO 64114-2039
13206880       +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
13218809       +Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
13218808       +Pennsylvania Electric Co,    331 Newman Springs Rd Bldg 3,    Red Bank NJ 07701-5688
13218813       +Punxsy Medical Supply,    PO Box 520,    Carrolltown, PA 15722-0520
13218814       +Quality Paperback Book Club,    P.O. Box 6400,    Camp Hill, PA 17012-6400
13206882       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13264430       +WELLS FARGO BANK, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13218819       +Walgreens Specialty Pharmacy,    15358 Collect Center Drive,    Chicago, IL 60693-0153
13206885       +Weltman, Weinberg & Reis Co.,    1400 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1842
13206886        Wilshire Credit Corp,    400 Countrywide Way,    Simi Valley, CA 93065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: BANKAMER.COM Jul 28 2016 00:58:00      BANK OF AMERICA, N.A.,    2380 Performance Drive,
                 Richardson, TX 75082-4333
cr              EDI: AIS.COM Jul 28 2016 00:58:00      Midland Funding LLC by American InfoSource LP as a,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
cr              EDI: AIS.COM Jul 28 2016 00:58:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,    Houston, TX  77210-4457
cr              EDI: RECOVERYCORP.COM Jul 28 2016 00:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
13206856        EDI: APPLIEDBANK.COM Jul 28 2016 00:58:00      Applied Bank,    601 Delaware Ave,
                 Wilmington, DE 19801
13206854       +EDI: AFNIRECOVERY.COM Jul 28 2016 00:58:00      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
13210223       +EDI: AFNIRECOVERY.COM Jul 28 2016 00:58:00      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
13206857       +EDI: BANKAMER.COM Jul 28 2016 00:58:00      Bank Of America, N.A.,    450 American St,
                 Simi Valley, CA 93065-6285
13206858        EDI: CAPITALONE.COM Jul 28 2016 00:58:00      Cap One,    Po Box 85520,    Richmond, VA 23285
13206876        EDI: CBSAAFES.COM Jul 28 2016 00:58:00      Mil Star,    3911 S Walton Walker Blvd,
                 Dallas, TX 75265-0410
13218802        EDI: CBSAAFES.COM Jul 28 2016 00:58:00      Mil Star,    3911 South Walton Walker Boulevard,
                 Dallas, TX 75265-0410
13206875        EDI: CBSAAFES.COM Jul 28 2016 00:58:00      Mil Star,    3911 Walton Walker,    Dallas, TX 75266
13243405        EDI: CAPITALONE.COM Jul 28 2016 00:58:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
```

```
District/off: 0315-7          User: lmar                   Page 2 of 3                   Date Rcvd: Jul 27, 2016
                              Form ID: 309                 Total Noticed: 87


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13206859       +E-mail/Text: bankruptcynotices@cbecompanies.com Jul 28 2016 01:45:14      Cbe Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
13206861       +EDI: CHASE.COM Jul 28 2016 00:58:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13206862       +EDI: CRFRSTNA.COM Jul 28 2016 00:58:00      Credit First N A,    6275 Eastland Rd,
                 Brookpark, OH 44142-1399
13264012       +EDI: CRFRSTNA.COM Jul 28 2016 00:58:00      Credit First National Association,    Po Box 818011,
                 Cleveland, OH 44181-8011
13206864       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 28 2016 01:45:16
                 Credit Management Co,    2121 Noblestown Road,    Pittsburg, PA 15205-3956
13206863       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 28 2016 01:45:16
                 Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
13206865       +EDI: CREDPROT.COM Jul 28 2016 00:58:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240-6837
13218790       +EDI: CREDPROT.COM Jul 28 2016 00:58:00      Credit Protection Assoc.,
                 13355 Noel Road, Suite 2100,     Dallas, TX 75240-6837
13206868        EDI: RMSC.COM Jul 28 2016 00:58:00      Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13218794        EDI: RMSC.COM Jul 28 2016 00:58:00      Gecrb/Jcpenney,    Po Box 984100,    El Paso, TX 79998
13239072        EDI: RECOVERYCORP.COM Jul 28 2016 00:58:00      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13206870       +EDI: HFC.COM Jul 28 2016 00:58:00      Hsbc Auto,    6602 Convoy Ct,    San Diego, CA 92111-1009
13218796       +EDI: HFC.COM Jul 28 2016 00:58:00      Hsbc Auto,    6602 Convoy Court,
                 San Diego, CA 92111-1009
13206871       +EDI: HFC.COM Jul 28 2016 00:58:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13245427        EDI: JEFFERSONCAP.COM Jul 28 2016 00:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
13206873       +EDI: RESURGENT.COM Jul 28 2016 00:58:00      Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
13620373        EDI: AIS.COM Jul 28 2016 00:58:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
13537045        EDI: AIS.COM Jul 28 2016 00:58:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,   Houston, TX  77210-4457
13206878       +E-mail/Text: bankruptcydepartment@tsico.com Jul 28 2016 01:45:35      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13220892        EDI: PRA.COM Jul 28 2016 00:58:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
                 Norfolk VA 23541
13218810        EDI: PRA.COM Jul 28 2016 00:58:00      Portfolio Recovery,    120 Corporate Boulevard, Suite 1,
                 Norfolk, VA 23502
13206881       +EDI: PRA.COM Jul 28 2016 00:58:00      Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
13218811       +E-mail/Text: mmyers@primary-health.net Jul 28 2016 01:42:59      Primary Health Network,
                 P.O. Box 716,    Sharon, PA 16146-0716
13218812        E-mail/Text: lillie.berryman@propath.com Jul 28 2016 01:43:37      Propath Services LLP,
                 P.O. Box 678175,    Dallas, TX 75267-8175
13236738        EDI: RECOVERYCORP.COM Jul 28 2016 00:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,     Miami, FL 33131-1605
13215245        EDI: DRIV.COM Jul 28 2016 00:58:00      Santander Consumer USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
13206883       +EDI: DRIV.COM Jul 28 2016 00:58:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
13218817        E-mail/Text: skorman@uoc.com Jul 28 2016 01:45:42      University Orthopedics Center,
                 101 Regent Court,    State College, PA 16801-7965
13291008        EDI: VERIZONWIRE.COM Jul 28 2016 00:58:00      VERIZON WIRELESS,    PO BOX 3397,
                 BLOOMINGTON, IL 61702-3397
13218818       +EDI: VERIZONEAST.COM Jul 28 2016 00:58:00      Verizon Pennsylvania,    500 Technology Drive,
                 Weldon Spring, MO 63304-2225
13206884       +EDI: VERIZONEAST.COM Jul 28 2016 00:58:00      Verizon Pennsylvania I,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
                                                                                                 TOTAL: 44

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              WELLS FARGO BANK, N.A.
cr              WELLS FARGO BANK, N.A., Et Al...
13206872        Hsbc/Scusa
13206849        Nathan R. Williams and Christel L. Williams
13218770        Nathan R. Williams and Christel L. Williams
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
13218779*      ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
               (address filed with court: Applied Bank,     601 Delaware Avenue,    Wilmington, DE 19801)
13218772*      +Acs/Student Ln Corp,    501 Bleecker Street,    Utica, NY 13501-2401
13218776*      +Afni, Inc.,    Po Box 3427,    Bloomington, IL 61702-3427
13218778*       Ameriserv Financial,    Main Street,    Carrolltown, PA 15722
13218780*      +Bank Of America, N.A.,    450 American Street,    Simi Valley, CA 93065-6285
13218782*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13218783*      +Cbe Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
13218785*      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13218788*      +Credit First N A,    6275 Eastland Road,    Brookpark, OH 44142-1399
13218789*      +Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
```

```
District/off: 0315-7           User: lmar                   Page 3 of 3                   Date Rcvd: Jul 27, 2016
                               Form ID: 309                 Total Noticed: 87


             ***** BYPASSED RECIPIENTS (continued) *****
13281401*         ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13218793*        +First Credit Resources,    1466 Frankstown Road,    Johnstown, PA 15902-1315
13218795*        +Gtwy/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13218797*        +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13218799*        +Lvnv Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
13223597*        +Midland Credit Management, Inc.,     2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13537137*         Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                   Houston, TX  77210-4457
13711254*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
13218805*        +National Recovery Agen.,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13218806*        +Nco Fin/09,    507 Prudential Road,    Horsham, PA 19044-2308
13218807*        +Novastar Financial,    8140 Ward Parkway, Suite 300,    Kansas City, MO 64114-2039
13218815*        +Rjm Acq Llc,    575 Underhill Boulevard, Suite 2,    Syosset, NY 11791-3426
13218816*        +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13218820*        +Weltman, Weinberg & Reis Co.,    1400 Koppers Building,    436 Seventh Avenue,
                   Pittsburgh, PA 15219-1842
13218821*         Wilshire Credit Corp,    400 Countrywide Way,    Simi Valley, CA 93065
13218800        ##+Mary Ann Barnicle MD,    15 South Eighth Street,    Indiana, PA 15701-2776
13220052        ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
                                                                                TOTALS: 5, * 26, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage, LLC. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    WELLS FARGO BANK, N.A., Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Jay B. Jones    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Christel L. Williams ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Nathan R. Williams ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```