**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   NATHAN R. WILLIAMS
   CHRISTEL L. WILLIAMS
       Debtor(s)

Case No.:11-71099 JAD

   Ronda J. Winnecour
       Movant
     vs.
   No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 10/18/2011 and confirmed on 12/13/2011 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,885.74 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,885.74 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 1,522.88 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,522.88 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | SANTANDER CONSUMER USA INC DBA DF | 11,223.14 | 8,901.25 | 1,236.78 | 10,138.03 |
| | Acct: 2285 | | | | |
| | NATIONSTAR MORTGAGE LLC* | 30,249.06 | 30,249.06 | 0.00 | 30,249.06 |
| | Acct: 0418 | | | | |
| | NATIONSTAR MORTGAGE LLC* | 1,975.77 | 1,975.77 | 0.00 | 1,975.77 |
| | Acct: 0418 | | | | |
| | | | | | 42,362.86 |
| Priority | | | | | |
| | PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATHAN R. WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MAZZEI AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JASON MAZZEI ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PAUL W MCELRATH JR ESQ | 500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

11-71099 JAD    **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 2 of 7

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| ACMH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9218 | | | | |
| AFSA DATA CORP/ACS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9991 | | | | |
| AFSA DATA CORP/ACS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9992 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0002 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0003 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0004 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0005 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0006 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0007 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9013 | | | | |
| ECMC(*) | 21,642.66 | 0.00 | 0.00 | 0.00 |
| Acct: 5073 | | | | |
| ECMC(*) | 116,398.24 | 0.00 | 0.00 | 0.00 |
| Acct: 7512 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9003 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9007 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9014 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9009 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9006 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9016 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9005 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9021 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9019 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9010 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2009 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2002 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9022 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9008 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9015 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXX9011 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2011 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2003 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2005 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9002 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2006 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2007 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9017 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9020 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2001 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2010 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9018 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2008 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2004 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0002 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0003 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0004 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0005 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0006 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0007 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0008 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0009 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0010 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0011 | | | | |
| AFNI INC**++ | 337.46 | 0.00 | 0.00 | 0.00 |
| Acct: 5516 | | | | |
| VERIZON/SCCR GTE/AFNI**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9762 | | | | |
| VERIZON/SCCR GTE/AFNI**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4712 | | | | |
| AMERISERV FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0529 | | | | |
| APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6161 | | | | |

| 11-71099 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 7 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   BISHOP CAROL HIGH SCHOOL | 1,411.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   CAPITAL ONE BANK NA** | 3,028.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 2811 | | | | |
|   CAPITAL ONE BANK NA** | 2,745.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 0511 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3658 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2959 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9989 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4356 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7217 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5787 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3359 | | | | |
|   CBE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX9385 | | | | |
|   CENTRAL CREDIT AUDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7284 | | | | |
|   CENTRAL CREDIT AUDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1237 | | | | |
|   CENTRAL CREDIT AUDIT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2494 | | | | |
|   CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0074 | | | | |
|   CONEMAUGH MINERS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2043 | | | | |
|   CREDIT FIRST NA* | 612.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 1398 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX5756 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0935 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7669 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2796 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX8499 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0204 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX7888 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX3303 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX6569 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4742 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1247 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4586 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: XXX0200 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9799 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6081 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0175 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0185 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2309 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1193 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4600 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5805 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6751 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2890 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5772 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1052 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1439 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7949 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8141 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0158 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8148 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1268 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0520 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4859 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5837 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0750 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5844 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4057 | | | | |
| | CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4960 | | | | |
| | DJ ORTHO REIMBURSEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX951G | | | | |
| | FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0008 | | | | |
| | FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0009 | | | | |
| | FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0010 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0011 | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0012 | | | | |
| FIRST CREDIT RESOURCES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4107 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 683.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7168 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN INF | 776.61 | 0.00 | 0.00 | 0.00 |
| Acct: 1129 | | | | |
| JCPENNEY CO INC/MONOGRAM*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0157 | | | | |
| GTWY/CBSD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8736 | | | | |
| HSBC AUTO FINANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5973 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5424 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4898 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 692.39 | 0.00 | 0.00 | 0.00 |
| Acct: 3114 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0591 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1129 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7168 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7217 | | | | |
| MARY ANNE BARNICLE MD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,228.53 | 0.00 | 0.00 | 0.00 |
| Acct: 4900 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 954.76 | 0.00 | 0.00 | 0.00 |
| Acct: 0511 | | | | |
| MILITARY STAR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9459 | | | | |
| MILITARY STAR++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9459 | | | | |
| MINERS HOSPITAL EMERGENCY PHYS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3517 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6100 | | | | |
| NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7467 | | | | |
| NOVASTAR FINANCIAL/MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6924 | | | | |
| PENNSYLVANIA ELECTRIC/PENELEC - A F | 925.31 | 0.00 | 0.00 | 0.00 |
| Acct: 5728 | | | | |
| INDIANA REGIONAL MEDICAL CNTR | 1,650.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9132 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9528 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5219 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3114 | | | | |
| PRIMARY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: XXX55BH | | | | |
|   PROPATH SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXC181 | | | | |
|   PUNXSY MEDICAL SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 114.26 | 0.00 | 0.00 | 0.00 |
|    Acct: 9528 | | | | |
|   RJM ACQUISITIONS LLC*++ | 96.90 | 0.00 | 0.00 | 0.00 |
|    Acct: 2036 | | | | |
|   RJM ACQUISITIONS LLC*++ | 67.03 | 0.00 | 0.00 | 0.00 |
|    Acct: 3341 | | | | |
|   SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX1000 | | | | |
|   UNIVERSITY ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX0991 | | | | |
|   VERIZON/SCCR GTE/AFNI**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX9627 | | | | |
|   WALGREENS SPECIALTY PHARMACY | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: ? | | | | |
|   WILSHIRE CREDIT CORP* ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX1433 | | | | |
|   RJM ACQUISITIONS LLC*++ | 20.65 | 0.00 | 0.00 | 0.00 |
|    Acct: 0035 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,133.23 | 0.00 | 0.00 | 0.00 |
|    Acct: 4805 | | | | |
|   MIDLAND FUNDING LLC BY AMERICAN INF | 439.13 | 0.00 | 0.00 | 0.00 |
|    Acct: 8075 | | | | |
|   JAY B JONES ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

\*\*\*NONE\*\*\*

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | 42,362.86 |

TOTAL CLAIMED
PRIORITY                0.00
SECURED             43,447.97
UNSECURED         154.959.27

Date: 09/14/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com