**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**JOHNSTOWN DIVISION**

In re:

    NATHAN R. WILLIAMS
    CHRISTEL L. WILLIAMS
    Debtor(s)

Case No. 11-71099JAD

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/18/2011.

2) The plan was confirmed on 12/13/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 05/16/2012, 02/09/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/09/2015, 05/09/2016.

5) The case was dismissed on 07/27/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 59.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,369.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $46,885.74 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$46,885.74** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,522.88 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,522.88** |

Attorney fees paid and disclosed by debtor:          $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACMH | Unsecured | 49.20 | NA | NA | 0.00 | 0.00 |
| AFNI INC**++ | Unsecured | 337.00 | 337.46 | 337.46 | 0.00 | 0.00 |
| AFSA DATA CORP/ACS** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFSA DATA CORP/ACS** | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICES/P | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERISERV FINANCIAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BISHOP CAROL HIGH SCHOOL | Unsecured | 0.00 | 1,411.66 | 1,411.66 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 3,028.00 | 3,028.41 | 3,028.41 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA** | Unsecured | 2,745.00 | 2,745.90 | 2,745.90 | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT AUDIT INC | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT AUDIT INC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT AUDIT INC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONEMAUGH MINERS MEDICAL CEI | Unsecured | 50.99 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 0.00 | 612.39 | 612.39 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 4,645.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSN. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DJ ORTHO REIMBURSEMENT | Unsecured | 90.11 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 0.00 | 21,642.66 | 21,642.66 | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 0.00 | 116,398.24 | 116,398.24 | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CREDIT RESOURCES INC++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GTWY/CBSD++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INDIANA REGIONAL MEDICAL CNTR | Unsecured | 666.00 | 1,650.12 | 1,650.12 | 0.00 | 0.00 |
| JCPENNEY CO INC/MONOGRAM*++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 114.00 | 114.26 | 114.26 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARY ANNE BARNICLE MD++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,229.00 | 1,228.53 | 1,228.53 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 955.00 | 954.76 | 954.76 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,133.23 | 1,133.23 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | NA | 439.13 | 439.13 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 0.00 | 683.63 | 683.63 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | 0.00 | 776.61 | 776.61 | 0.00 | 0.00 |
| MILITARY STAR++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MILITARY STAR++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MINERS HOSPITAL EMERGENCY PH | Unsecured | 8.50 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GRC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 54,496.00 | 56,292.86 | 30,249.06 | 30,249.06 | 0.00 |
| NATIONSTAR MORTGAGE LLC* | Secured | 0.00 | 1,975.77 | 1,975.77 | 1,975.77 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*) | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| NOVASTAR FINANCIAL/MORTGAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| PENNSYLVANIA ELECTRIC/PENELE(| Unsecured | 610.55 | 925.31 | 925.31 | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 8,661.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 6,501.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 6,380.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 6,281.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 6,088.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 6,057.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 5,993.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 5,026.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 4,465.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 4,405.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 4,006.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 3,849.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 3,323.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 3,145.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 3,112.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,994.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,193.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,153.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,132.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,091.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 1,666.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 1,275.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 996.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 859.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 0.00 | 692.39 | 692.39 | 0.00 | 0.00 |
| PRIMARY HEALTH NETWORK | Unsecured | 280.50 | NA | NA | 0.00 | 0.00 |
| PROPATH SERVICES++ | Unsecured | 8.50 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PUNXSY MEDICAL SUPPLY | Unsecured | 120.34 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | NA | 20.65 | 20.65 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | 96.00 | 96.90 | 96.90 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC*++ | Unsecured | 67.00 | 67.03 | 67.03 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC D | Secured | 10,946.00 | 11,223.14 | 11,223.14 | 8,901.25 | 1,236.78 |
| SANTANDER CONSUMER USA(*) | Unsecured | 6,967.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ORTHOPEDICS | Unsecured | 37.50 | NA | NA | 0.00 | 0.00 |
| VERIZON/SCCR GTE/AFNI**++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON/SCCR GTE/AFNI**++ | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| VERIZON/SCCR GTE/AFNI**++ | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS SPECIALTY PHARMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILSHIRE CREDIT CORP* ++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $30,249.06 | $30,249.06 | $0.00 |
| Mortgage Arrearage | $1,975.77 | $1,975.77 | $0.00 |
| Debt Secured by Vehicle | $11,223.14 | $8,901.25 | $1,236.78 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$43,447.97** | **$41,126.08** | **$1,236.78** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$154,959.27** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,522.88 |
| Disbursements to Creditors | $42,362.86 |
| **TOTAL DISBURSEMENTS :** | **$46,885.74** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/20/2016                                    By: /s/ Ronda J. Winnecour
                                                            Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.


**UST Form 101-13-FR-S (9/1/2009)**